# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MELISSA HILL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>LLR, INC. d/b/a LuLaRoe, and LULAROE, LLC,<br><br>                Defendants. | CV-18-120-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing R. Bruce Carlson, Esq., Kelly Iverson, Esq. and Kevin Tucker, Esq to appear *pro hac vice* in this case with Domenic A. Cossi, Esq. of Western Justice Associates, designated as local counsel. The application of Mr. Carlson, Ms. Iverson and Mr. Tucker appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Mr. Carlson, Ms. Iverson and Mr. Tucker to appear on her behalf (Docs. 7, 8 and 9) are GRANTED, subject to the following conditions:

    1.    Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2.    Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Carlson, Ms. Iverson and Mr. Tucker must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Carlson, Ms. Iverson and Mr. Tucker; it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Mr. Carlson, Ms. Iverson and Mr. Tucker shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 25th day of October, 2018.

_____
Brian Morris
United States District Court Judge