IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MELISSA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LLR, INC. d/b/a. LuLaRoe, and LULAROE, LLC,<br><br>Defendants. | CV 18-120-GF-BMM-KLD<br><br>**ORDER** |

Pursuant to L.R. 5.2 and the Protective Order entered in this case, Plaintiff has filed an unopposed motion for leave to file an unredacted copy of her Reply Brief in Support of Motion for Class Certification and Exhibit 4 to the same under seal. (Doc. 117.) Good cause appearing,

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff may file an unredacted copy of her Reply Brief in Support of Motion for Class Certification and Exhibit 4 to the same under seal.

DATED this 20th day of August, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge