UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MELISSA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LLR, INC. d/b/a LULAROE and LULAROE, INC,<br><br>Defendant. | Case No. CV-18-120-GF-BMM-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. LLR's Motion to Dismiss (Doc. 130) is GRANTED and this case is DISMISSED with prejudice.
2. All pending motions in this matter are DENIED as MOOT.

Dated this 16th day of November, 2020.

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk